

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHEILA L. WILLOUGHBY,

    Plaintiff,

v.                              Civil Action No. 3:16cv72

OAKMEADE APARTMENTS and
F&W MANAGEMENT, L.C.

    Defendants.

**ORDER**

On March 14, 2016, a NOTICE OF DEATH was filed in Willoughby v. Oakmeade Apartments, Civil Action No. 3:15cv650, by Mike Willoughby, the son of the plaintiff, advising that Sheila L. Willoughby died on February 18, 2016. Accordingly, it is hereby ORDERED that the AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS (Docket No. 1), which the Court construes as a motion, is denied as moot and the Clerk is directed to close this case file.

It is so ORDERED.

                                      /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: March 17, 2016